1

2

**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6565 W. Sunset Blvd., Ste. 410
Los Angeles, CA 90028
Phone: (323) 940-1700
Fax: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com
*Attorneys for Plaintiff*

3

4

5

6

7

8

9

10

11

```
FILED
CLERK, U.S. DISTRICT COURT

Feb 12,2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DG___ DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| **LAW OFFICES OF TODD M. FRIEDMAN, P.C., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>            **Plaintiff,**<br><br>**v.**<br><br>**NATIONWIDEOPEN DIAGNOSTICS, LLC DBA NATIONWIDE MRI; AND DOES 1-10, INCLUSIVE,**<br><br>            **Defendant.** | **CASE NO: 2:14-cv-07266-PSG-VBK**<br><br>**CLASS ACTION**<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

1   NOW COMES Plaintiff, Law Offices of Todd M. Friedman, P.C. ("Plaintiff"), and

2   Defendant, NATIONWIDE OPEN MRI DIAGNOSTICS, LLC, a California limited liability
    company erroneously sued as NATIONWIDE OPEN DIAGNOSTICS, LLC and doing business

3   as NATIONWIDE MRI, a limited liability company ("Defendant"), by and through the

4   undersigned counsel and pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(ii)* hereby
    stipulate that:

5          1.     Plaintiff's individual claims are hereby dismissed with prejudice;

6          2.     The putative class claims are hereby dismissed without prejudice; and

7          3.     Each Party shall bear its own fees and costs incurred.

8

9

10                                  Respectfully submitted,

11

12                          **MARTIN & BONTRAGER, APC**

13

14  Date: February 10, 2015              By:/s/ Nicholas J. Bontrager
                                             Nicholas J. Bontrager
15                                           *Attorney for Plaintiff*

16

17

18                          **FREDMAN LIEBERMAN PEARL LLP**

19

20  Date: February 10, 2015              By:/s/ Howard S Fredman
                                             Howard S Fredman
21                                           *Attorney for Defendant*

22

23                  **IT IS SO ORDERED.**

24                                                  02/12/2015
                    **DATED:** _____
25
                         [signature]
26                  _____
                    **U.S. DISTRICT JUDGE**
27

28

STIPULATION FOR DISMISSAL
1